## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Marie Cavill aka Marie G Cavill
                 Debtor(s)

Toyota Lease Trust, its successors and/or assigns
                 Movant
       vs.

Marie Cavill aka Marie G Cavill
                 Debtor(s)

William C. Miller Esq.
                 Trustee

CHAPTER 13

NO. 19-14316 MDC

### PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of Toyota Lease Trust, which was filed with the Court on or about **08/05/2019; Docket #22**.

Respectfully submitted,

**/s/ Kevin G. McDonald, Esquire**
Kevin G. McDonald, Esquire, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
412-430-3594

October 2, 2019