# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Marie Cavill aka Marie G Cavill<br>　　　　　Debtor(s) | CHAPTER 13 |
| Toyota Lease Trust<br>　　　　　Movant<br>vs.<br>Marie Cavill aka Marie G Cavill<br>　　　　　Debtor(s) | NO. 19-14316 MDC |
| William C. Miller Esq.<br>　　　　　Trustee | 11 U.S.C. Section 362 |

## ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Lease Trust, reviewed the file herein and after hearing, is of the opinion that said Motion should be granted. It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2014 Toyota Highlander, VIN: 5TDJKRFH7ES020640 in a commercially reasonable manner. The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

Signed this 6th day of Nov. , 2019.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Magdeline D. Coleman
cc: See attached service list　　　　Chief United States Bankruptcy Judge

Marie Cavill aka Marie G Cavill
1142 Garfield Avenue
Havertown, PA 19083

Jeanne Marie Cella, Esq.
327 West Front Street (VIA ECF)
P.O. Box 168
Media, PA 19063

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532