United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 19-14316-mdc
Marie Cavill                                                    Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2           User: Antoinett            Page 1 of 1              Date Rcvd: Nov 07, 2019
                               Form ID: pdf900            Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 09, 2019.
```
db             +Marie Cavill,    1142 Garfield Avenue,    Havertown, PA 19083-3437
               +KML Law Group, P.C.,    Suite 5000-BNY Independence Center,    701 Market Street,
                 Philadelphia, PA 19106-1538
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                     TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 7, 2019 at the address(es) listed below:
```
              JEANNE MARIE CELLA    on behalf of Debtor Marie  Cavill paralegal@lawjmc.com,  pennduke@gmail.com
              KEVIN G. MCDONALD    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
              LEONARD B. ALTIERI, III    on behalf of Creditor    Delaware County Tax Claim Bureau
               laltieri@toscanigillin.com
              THOMAS A. CAPEHART    on behalf of Creditor    Santander Bank, N.A. JKacsur@grossmcginley.com,
               ehutchinson@grossmcginley.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 6
```

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Marie Cavill aka Marie G Cavill<br>　　　　　Debtor(s) | CHAPTER 13 |
| Toyota Lease Trust<br>　　　　　Movant<br>vs. | NO. 19-14316 MDC |
| Marie Cavill aka Marie G Cavill<br>　　　　　Debtor(s) | |
| William C. Miller Esq.<br>　　　　　Trustee | 11 U.S.C. Section 362 |

## ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Lease Trust, reviewed the file herein and after hearing, is of the opinion that said Motion should be granted. It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2014 Toyota Highlander, VIN: 5TDJKRFH7ES020640 in a commercially reasonable manner. The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

Signed this 6th day of Nov. , 2019.

　　　　　　　　　　　　　　　　　　　　　　　　Magdeline D. C_____
　　　　　　　　　　　　　　　　　　　　　　　　Magdeline D. Coleman
　　　　　　　　　　　　　　　　　　　　　　　　Chief United States Bankruptcy Judge

cc: See attached service list

Marie Cavill aka Marie G Cavill
1142 Garfield Avenue
Havertown, PA 19083

Jeanne Marie Cella, Esq.
327 West Front Street (VIA ECF)
P.O. Box 168
Media, PA 19063

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532

Case 19-14316-mdc    Doc 38    Filed 11/09/19    Entered 11/10/19 00:59:11    Desc Imaged
Certificate of Notice    Page 3 of 3