**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ) | |
| ) | NO.  19-14316 |
| MARIE G CAVILL ) | Chapter 13 |
| Debtor ) | |

**PRAECIPE TO WITHDRAW NOTICE OF POST PETITION**
**MORTGAGE FEES, EXPENSES and CHARGES**

AND NOW, this 4th day of January, 2020, Santander Bank, N.A., hereby withdraws without prejudice, it's Notice of Post-Petition Mortgage Fees, Expenses and Charges filed on September 23, 2019, in connection with Claim Number 8 in the above matter.

Respectfully,

*Melissa A. Epler*

Melissa A. Epler
Bankruptcy Administrator for
Santander Bank, N.A.