United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Marie Cavill  
    Debtor  

Case No. 19-14316-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Antoinett    Page 1 of 1    Date Rcvd: Jan 10, 2020  
                       Form ID: 155      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2020.  
db          +Marie Cavill,  1142 Garfield Avenue,  Havertown, PA 19083-3437

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                             TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2020 at the address(es) listed below:  
         JEANNE MARIE CELLA    on behalf of Debtor Marie  Cavill paralegal@lawjmc.com, pennduke@gmail.com  
         KEVIN G. MCDONALD    on behalf of Creditor   Toyota Lease Trust bkgroup@kmllawgroup.com  
         LEONARD B. ALTIERI, III    on behalf of Creditor   Delaware County Tax Claim Bureau laltieri@toscanigillin.com  
         THOMAS A. CAPEHART    on behalf of Creditor   Santander Bank, N.A. JKacsur@grossmcginley.com, ehutchinson@grossmcginley.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com  
                                                                                                 TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Marie Cavill
      Debtor(s)                                       Chapter: 13

                                                Bankruptcy No: 19−14316−mdc

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this 9th day of January, 2020 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                                         Magdeline D. Coleman
                                                                         Chief Judge ,
                                                                         United States Bankruptcy Court