**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re: Marie Caville                                : Bankruptcy No. 19-14316

                 Debtor             : Chapter 13

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

NOTICE OF MOTION, RESPONSE DEADLINE
AND HEARING DATE

     Movant, has filed a **Motion to Modify Debtor's Chapter 13 Plan Post-Confirmation** with the Court. <u>YOUR rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)

     1. If you do not want the Court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before **February 20, 2020** you or your attorney must do <u>all</u> of the following:

     (a) file an answer explaining your position at:

     United States Bankruptcy Court
     900 Market Street, Suite 400
     Philadelphia, PA 19107-4299

     If you mail your answer to the Bankruptcy Clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

     (b) mail a copy to the Movant's attorney:

     Jeanne Marie Cella, Esquire
     Jeanne Marie Cella and Associates, LLC
     215 N Olive St
     Media, PA 19063-0168
     Email: paralegal@lawjmc.com

2.   If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3.   A hearing on the motion is scheduled to be held before the **<u>Honorable Magdeline D Coleman</u>** on **February 27, 2020**, at **11:00 p.m.** in **Courtroom No. 2**, **United States Bankruptcy Court, Robert N.C. Nix Federal Courthouse, 900 Market Street, Philadelphia, PA 19107.** Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which witnesses may testify with respect to disputed material factual issues in the manner directed by Fed. R. Bankr. P. 9014(d).

4.⠀⠀⠀⠀If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.⠀⠀⠀⠀You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Date: **January 24, 2020**