JEANNE MARIE CELLA & ASSOCIATES, LLC
By: Jeanne Marie Cella, Esquire
215 N Olive St, Ste 101
Media, PA 19063
Telephone: (610) 566-8500
Facsimile: (610) 566-4375                                    Attorneys for: Debtor

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Marie Caville                :    No. 19-14316
        Debtor            :
                                    :    Chapter 13

### CERTIFICATION OF NO OBJECTION

The undersigned counsel for the debtor hereby certifies that more than 21 days have elapsed from the date of service of the Motion to Modify Plan Post Confirmation, that no creditor or any other party in interest has served upon counsel for debtor an answer, objection responsive pleading or request for hearing.  Counsel requests entry of an Order granting the said Application.


**JEANNE MARIE CELLA & ASSOCIATES, LLC**


**BY:** */s/ Jeanne Marie Cella, Esquire*
      Jeanne Marie Cella, Esquire


Dated: February 21, 2020