UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: Marie Caville                              :  Bankruptcy No. 19-14316

                    Debtor                        :  Chapter 13

## ORDER

AND NOW, this _27th_ day of _February_ , 20~~20~~, upon consideration of

Debtor's Motion for Post-Confirmation Modification of Chapter 13 Plan, it is hereby ORDERED

that said Motion shall be GRANTED.

IT IS FURTHER ORDERED THAT Debtor's modified 4th Amended Chapter 13 Plan
shall be confirmed.

**BY THE COURT:**

_Magdeline D. C_____

Honorable Magdeline D Coleman
Bankruptcy Judge