# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | | |
|---|---|---|
| In RE: **Marie Caville** | : | Case No: **19-14136** |
| | : | |
| | : | |
| Debtor | : | Chapter 13 |

### CERTIFICATION OF SERVICE

IT IS HEREBY CERTIFIED, that on **March 11, 2020**, a true and correct copy of Debtor's **Modified Plan** was served upon the parties listed below, in the above captioned matter, in the manner listed below:

| | |
|---|---|
| William C Miller, Esquire<br>Chapter 13 Standing Trustee<br>1234 Market St<br>Philadelphia, PA 19107 | Electronic Mail |
| Marie Caville<br>1142 Garfield Ave<br>Havertown, PA 19083 | Electronic Mail |
| Office of the United States Trustee<br>833 Chestnut Street, Ste. 501<br>Philadelphia, PA 19107 | Electronic Mail |
| Toyota Lease Trust<br>c/o Toyota Motor Credit Corp<br>PO Box 9013<br>Addison, TX 75001 | First Class and Electronic Mail |
| Delaware County Tax Claim Bureau<br>201 W Front St<br>Media, PA 19063 | First Class and Electronic Mail |
| Lendmark Financial Services<br>2118 Usher St<br>Covington, GA 30014 | First Class and Electronic Mail |
| Creditors listed on Claims Register | First Class and Electronic Mail |

Respectfully Submitted,

**Jeanne Marie Cella and Associates, LLC**


BY: */s/ Jeanne Marie Cella, Esq.*  
    Jeanne Marie Cella, Esquire  
    Attorney for Debtor