**LOCAL BANKRUPTCY FORM 9014-3**

### UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: MARIE CAVILL, aka      :    CHAPTER 13
       MARIE G. CAVILL,          :
           Debtor(s)             :    BANKRUPTCY NO. 19-14316-mdc

*******************************

### NOTICE OF MOTION, RESPONSE DEADLINE
### AND HEARING DATE

Lendmark Financial Services, LLC has filed Motion for Relief From Automatic Stay with the court to lift the automatic stay as to Lendmark's loan.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this Bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1.    If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before 01/23/2023 you or your attorney must do all of the following:

    (a) file an answer explaining your position at

        U.S. Bankruptcy Court
        Eastern District of Pennsylvania
        Attn: Clerk of Courts
        Robert N.C. Nix Building
        900 Market Street, Suite 400
        Philadelphia, PA  19107-4299

If you mail your answer to the Bankruptcy Clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b) mail a copy to the movant's attorney:

**Fox and Fox Attorneys at Law, PC**
**By: Craig H. Fox, Esquire**
**Attorney I.D. #49509**
**700 E. Main Street, Suite 200**
**Norristown, PA  19401**
**Telephone:  (610) 275-7990**
**Facsimile:  (610) 275-2866**
**cfox@foxandfoxlaw.com**

[If applicable, name and address of others to be served.]

2.    If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3.    A hearing on the Motion is scheduled to be held before Honorable <u>Magdeline D. Coleman</u> on 01/31/2023, at 10:30 a.m. in Courtroom #2, United States Bankruptcy Court, <u>Robert N.C. Nix Building, 900 Market Street, Philadelphia, PA  19107</u>.

4.    If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.    You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out whether the hearing has been cancelled because no one filed an Answer.

Date:

Jeanne Marie Cella, Esquire
221 N. Olive Street
Media, PA  19063

<u>Trustee</u>:
Kenneth E. West, Trustee
1234 Market St., Suite 1813
Philadelphia, PA  19107