UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: Marie Cavill : Bankruptcy No. 19-14316

        Debtor : Chapter 13

## ORDER

AND NOW, this _____ day of _____ , 20__, upon consideration of Debtor's Motion for Post-Confirmation Modification of Chapter 13 Plan, it is hereby ORDERED that said Motion shall be GRANTED.

IT IS FURTHER ORDERED THAT Debtor's Modified 5th Amended Chapter 13 Plan shall be confirmed.

                                      **BY THE COURT:**

                                      _____
                                      Honorable Magdeline D Coleman
                                      Chief  Judge
                                      United States Bankruptcy Court