**Fox and Fox Attorneys at Law, PC**
**By: Craig H. Fox, Esquire**
**Attorney I.D. #49509**
**700 E. Main Street, Suite 200**
**Norristown, PA  19401**
**Telephone:  (610) 275-7990**
**Facsimile:  (610) 275-2866**
**cfox@foxandfoxlaw.com**

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  MARIE CAVILL, aka | : | CHAPTER 13 |
| MARIE G. CAVILL, | : | |
| Debtor(s) | : | BANKRUPTCY NO. 19-14316-mdc |

### PRAECIPE TO WITHDRAW MOTION FOR RELIEF FILED BY LENDMARK FINANCIAL SERVICES, LLC

TO THE CLERK:

Kindly withdraw the Motion for Relief from Automatic Stay filed by Lendmark Financial Services, LLC.

                                                       FOX AND FOX ATTORNEYS AT LAW, P.C.

DATE:  2/14/2023                              BY:   /s/   Craig H. Fox
                                                       Fox and Fox Attorneys at Law, PC
                                                       By: Craig H. Fox, Esquire
                                                       Attorney I.D. #49509
                                                       700 E. Main Street, Suite 200
                                                       Norristown, PA  19401
                                                       Telephone:  (610) 275-7990
                                                       Facsimile:  (610) 275-2866
                                                       cfox@foxandfoxlaw.com