UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:	Marie Cavill,	:	Chapter 13
	Debtor	:	Case No. 19-14316-pmm

## PRAECIPE TO MARK PROOF OF CLAIM No. 6 PAID AND SATISIFED

TO THE CLERK:

Kindly mark the Proof of Claim Number 6 filed by the Delaware County Tax Claim Bureau on August 6, 2019 as **PAID and SATISFIED**.

This document confirms claimant received $3,515.88 which satisfied the claim.

Respectfully submitted:

TOSCANI, STATHES & ZOELLER, LLC

Dated: July 18, 2024

/s/ Stephen V. Bottiglieri
Stephen V. Bottiglieri, Esquire
Attorney for Delaware County Tax Claim Bureau
899 Cassatt Rd, Ste 320
Berwyn, PA 19312
P (610) 647-4901
sbottiglieri@tszlegal.com