United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Marie Cavill  
    Debtor

Case No. 19-14316-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Jul 19, 2024      Form ID: 138OBJ      Total Noticed: 37

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 21, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Marie Cavill, 1142 Garfield Avenue, Havertown, PA 19083-3437 |
| 14369877 | + | Delaware County Tax Claim Bureau, Government Center, c/o LEONARD B. ALTIERI, III, Toscani & Gillin, P.C., 230 N. Monroe Street Media, PA 19063-2908 |
| 14353906 | + | Jeanne Marie Cella, Esq., 215 N Olive St, Ste 101, Media, PA 19063-2838 |
| 14745277 | + | Lendmark Financial Services, LLC, c/o Craig H. Fox, Esquire, Fox and Fox Attorneys at Law, P.C., 700 E. Main Street, Suite 200, Norristown, PA 19401-4122 |
| 14745461 | + | Lendmark Financial Services, LLC., c/o CRAIG H. FOX, Fox and Fox Attorneys at Law, PC, 700 E. Main Street, Suite 200, Norristown, PA 19401-4122 |
| 14353909 | | Mainline Healthcare, PO Box 8500-4600, Philadelphia, PA 19176 |
| 14643357 | | Santander Bank, N.A., PO BOX 847051, Boston, MA 02284-7051 |
| 14380283 | + | Santander Bank, N.A., c/o Thomas A. Capehart, Esq., Gross McGinley LLP, 33 S Seventh Street, Allentown, PA 18101-2418 |
| 14365901 | + | Toyota Lease Trust, c/o KEVIN G. MCDONALD, KML LAW GROUP, P.C., 701 Market St. Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 20 2024 00:03:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 20 2024 00:03:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14353897 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 20 2024 00:02:00 | Bank Of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 14379564 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Jul 20 2024 00:03:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14384662 | | Email/PDF: bncnotices@becket-lee.com | Jul 20 2024 00:18:51 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14387684 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 20 2024 00:08:17 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14353898 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 20 2024 00:18:31 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14353899 | + | Email/Text: bankruptcy@philapark.org | Jul 20 2024 00:03:00 | City of Philadelphia, Parking Violations, PO Box 41818, Philadelphia, PA 19101-1818 |
| 14353900 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 20 2024 00:18:36 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14353902 | | Email/Text: mrdiscen@discover.com | Jul 20 2024 00:02:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 14353901 | + | Email/Text: duffyk@co.delaware.pa.us | Jul 20 2024 00:03:00 | Delaware County Tax Claim Bureau, 201 W Front |

| | | | | |
|---|---|---|---|---|
| | | | | St, Media, PA 19063-2768 |
| 14359140 | | Email/Text: mrdiscen@discover.com | Jul 20 2024 00:02:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14353903 | + | Email/Text: bknotice@ercbpo.com | Jul 20 2024 00:03:00 | ERC/Enhanced Recovery Corp, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 14353904 | + | Email/Text: ELDABBASM@FREEDOMCU.ORG | Jul 20 2024 00:03:00 | Freedom CU, Attn: Bankruptcy, 626 Jacksonville Road, Suite 250, Warminster, PA 18974-4862 |
| 14353905 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 20 2024 00:03:00 | IRS, Fresno, CA 93888 |
| 14353907 | + | Email/Text: PBNCNotifications@peritusservices.com | Jul 20 2024 00:02:00 | Kohls/Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14353908 | | Email/Text: bk@lendmarkfinancial.com | Jul 20 2024 00:02:00 | Lendmark Financial Services, 1735 North Brown Road, Suite 300, Lawrenceville, GA 30043 |
| 14384062 | | Email/Text: bk@lendmarkfinancial.com | Jul 20 2024 00:02:00 | Lendmark Financial Services, LLC, 2118 Usher St, Covington, Ga 30014 |
| 14386094 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 20 2024 00:18:49 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14388201 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 20 2024 00:19:18 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14353910 | + | Email/Text: CollectionsDept@PFCU.COM | Jul 20 2024 00:03:00 | Philadelphia FCU, Attn: Bankruptcy, 12800 Townsend Rd, Philadelphia, PA 19154-1095 |
| 14365758 | + | Email/Text: bankruptcy@philapark.org | Jul 20 2024 00:03:00 | Philadelphia Parking Authority, 701 Market St, Suite 5400, Philadelphia, Pa 19106-2895 |
| 14353911 | + | Email/Text: DeftBkr@santander.us | Jul 20 2024 00:03:00 | Santander Bank, Mail Code: MA1-MB3-01-21, 2 Morrissey Boulevard, Boston, MA 02125-3312 |
| 14380180 | + | Email/Text: DeftBkr@santander.us | Jul 20 2024 00:03:00 | Santander Bank, N.A., 450 Penn Street, 10-421-MC3, Reading, PA 19602-1011 |
| 14354589 | ^ | MEBN | Jul 20 2024 00:01:41 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14353912 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 20 2024 00:18:54 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14363182 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jul 20 2024 00:02:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14474633 | | Email/PDF: bncnotices@becket-lee.com | Jul 20 2024 00:18:35 | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 28

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 21, 2024                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 19, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CRAIG H. FOX | on behalf of Creditor Lendmark Financial Services LLC. bankruptcy@foxandfoxlaw.com, cfox@foxandfoxlaw.com;foxandfoxattorneysatlaw@gmail.com |
| JEANNE MARIE CELLA | on behalf of Debtor Marie Cavill paralegal@lawjmc.com r46298@notify.bestcase.com;pennduke@gmail.com |
| KELLIE LYNNE RAHL-HEFFNER | on behalf of Creditor Santander Bank N.A. krahl-heffner@grossmcginley.com, jkacsur@grossmcginley.com;jpraedin@grossmcginley.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor Toyota Lease Trust bkgroup@kmllawgroup.com |
| STEPHEN VINCENT BOTTIGLIERI | on behalf of Creditor Delaware County Tax Claim Bureau sbottiglieri@tszlegal.com ecfnotices@comcast.net;ToscaniStathesZoellerLLC@jubileebk.net |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

*Form 138OBJ* (6/24)−doc 86 − 84

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Marie Cavill )  Case No. 19−14316−pmm
   aka Marie G Cavill )
 )
   Debtor(s). )  Chapter: 13
 )
 )

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: July 19, 2024

For The Court

Timothy B. McGrath
Clerk of Court